Nov. Term,
1851.                 Jones, Administrator of Shultz, v. Van Patten.

Walker
v.                    ERROR to the *Tippecanoe* Court of Common Pleas.
Prather.
                      *Per Curiam.*—This case is affirmed, with costs; and
the reasons are given in the next preceding case.
    *J. Pettit* and *S. A. Huff*, for the plaintiff.
    *G. S. Orth* and *E. H. Brackett*, for the defendant.